# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,**

    Plaintiffs,

vs.

**ANDREW R. WHEELER,**

    Defendant.

CASE NO. 19-cv-01544-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court has received parties' joint case management statement. (Dkt. No. 22.) Finding a case management conference unnecessary, the Court hereby **SETS** the following pretrial schedule:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED BY: | August 21, 2019 |
| EPA'S COMBINED OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT FILED BY: | September 25, 2019 |
| PLAINTIFFS' COMBINED REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO EPA'S CROSS-MOTION FOR SUMMARY JUDGMENT FILED BY: | October 23, 2019 |
| EPA'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT FILED BY: | November 6, 2019 |
| HEARING ON MOTIONS FOR SUMMARY JUDGMENT: | November 19, 2019 at 2:00 p.m. |

Accordingly, the Court **VACATES** the initial case management conference currently scheduled for June 24, 2019.[1]  Moreover, the Court **WAIVES** the pre-filing conference requirement

---

[1] Thus, the Court **DENIES AS MOOT** defendant's motion to appear by telephone at the

for summary judgment set forth in paragraph 9(a) of the Court's Standing Order in Civil Cases.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: June 20, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

conference. (Dkt. No. 21.)