**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>  Defendant. | Case No. 4:19-cv-01544-YGR<br><br>[PROPOSED] ORDER |

Before the Court is the **UNOPPOSED MOTION TO TERMINATE CONSENT DECREE** filed by Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 28, 2021

         _____
         YVONNE GONZALEZ ROGERS
         UNITED STATES DISTRICT JUDGE